James K. Schultz, Esq. (SBN 309945)
Brittany L. Shaw, Esq. (SBN 331773)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
bshaw@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Defendant Patenaude & Felix, APC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEKSIA LINDSEY, | ) | Case No.  5:20-CV-2537-JWH-SP |
| | ) | |
| Plaintiff, | ) | **PARTIES' JOINT RESPONSE TO** |
| | ) | **ORDER TO SHOW CAUSE RE:** |
| vs. | ) | **DISMISSAL FOR LACK OF** |
| | ) | **PROSECUTION AND REQUEST** |
| PATENAUDE & FELIX, A.P.C., | ) | **TO EXTEND DEADLINE FOR** |
| | ) | **FILING RESPONSIVE PLEADING** |
| Defendant. | ) | |
| | ) | |
| | ) | |

NOW COME the parties, by their respective undersigned counsel, and hereby

submit the following response to this Court's February 1, 2021 Order to Show Cause

re Dismissal for Lack of Prosecution ("Show Cause Order") (*ECF 15*), and move to

extend the deadline for defendant to answer or otherwise plead until March 5, 2021.
In support thereof, the parties state as follows:

1.      Plaintiff filed this putative class action on December 8, 2020.  Though plaintiff alleges there is a defendant class to be certified, Patenaude & Felix, A.P.C. (P&F) is the only named defendant.  *ECF 1.*

2.      On or about December 31, 2020, P&F was served with summons and the complaint.  *ECF 14.*

3.      As noted in the Show Cause Order, defendant did not answer or otherwise plead within 21 of service, or by January 21, 2021.  *ECF 15.*

4.      The reason that P&F did not answer or otherwise plead within those 21 days is that, prior to the deadline, P&F contacted plaintiff's counsel requesting an extension of the answer deadline, to which plaintiff consented.  Specifically, on January 15, 2021, P&F requested that plaintiff agree to a 30-day extension of the responsive pleading deadline until February 20, 2021.  Plaintiff's counsel responded the same day agreeing to the 30-day extension request.

5.      However, due to inadvertence and oversight, Defendant failed to prepare a stipulation related to its requested extension and submit the agreement to the Court for consideration pursuant to Central District Local Rule 8-3.

6.     This action should not be dismissed for lack of prosecution because plaintiff desires to continue to prosecute her claims, defendant has recently engaged new counsel to defend this case, and the parties have already been engaged in discussing proposed modified deadlines for P&F to answer or otherwise plead.

7.     Provided this explanation satisfies the Show Cause Order, and the Court does not dismiss this action, P&F respectfully requests the Court also set a deadline of March 5, 2021 for P&F to answer, move, or otherwise respond to the complaint.  Plaintiff takes no position on this extended request.

8.     Defendant believes that it's request for a further extension is made in good faith and not to unnecessarily delay this action further.  More, P&F requests an extension of the originally proposed extended deadline from February 20, 2021 until March 5, 2021 because P&F recently hired outside counsel to prepare a responsive pleading, and that counsel needs additional time to evaluate an appropriate response to the complaint.

9.     Defendant's request for an extension is made with full reservation of all its lawful defenses, including those to jurisdiction.

WHEREFORE, Plaintiff respectfully requests this Honorable Court discharge the Show Cause Order and <u>not</u> dismiss this action for lack of prosecution, and

Defendant requests this Honorable Court extend the deadline for P&F to answer, move, or otherwise respond to the complaint until March 5, 2021.

Dated: February 9, 2021                    SESSIONS, ISRAEL & SHARTLE, L.L.P.

                                           */s/James K. Schultz*
                                           James K. Schultz
                                           Attorney for Defendant
                                           Patenaude & Felix, A.P.C.


                                           LAW OFFICE OF MONICA HARTSOCK

                                           */s/Monica Hartsock, Esq.*
                                           Monica Hartsock
                                           Attorney for Plaintiff
                                           Aleksia Lindsey


## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Central District of California and served via CM/ECF upon all parties of record.

                                           */s/ James K. Schultz*
                                           James K. Schultz