James K. Schultz, Esq. (SBN 309945)
Brittany L. Shaw, Esq. (SBN 331773)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
bshaw@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Defendant Patenaude & Felix, APC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSIA LINDSEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PATENAUDE & FELIX, A.P.C.,<br><br>　　　　　Defendant. | Case No.  5:20-CV-2537-JWH-SPx<br><br>**ORDER RE: PARTIES' JOINT RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION AND REQUEST TO EXTEND DEADLINE FOR FILING RESPONSIVE PLEADING** |

This matter coming to be heard in response to this Court's February 1, 2021, Order to Show Cause re Dismissal for Lack of Prosecution and motion to extend the deadline for defendant to answer or otherwise plead until March 5, 2021, with due notice having been given and with the Court being fully advised,

IT IS HEREBY ORDERED THAT:

1. This Court's Order to Show Cause of February 1, 2021, is discharged; and
2. The deadline for defendant to answer or otherwise plead to the complaint is extended until March 5, 2021.

**IT IS SO ORDERED.**

Dated: February 10, 2021

_____
Honorable John W. Holcomb
United States District Judge