# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| ALEKSIA LINDSEY | | 5:20–cv–02537–JWH–SP |
| | Plaintiff(s), | |
| v. | | |
| PATENAUDE & FELIX A.P.C. | | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| | Defendant(s). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 3/5/2021 | 21 | Brief in Support of Patenaude & Felix, A.P.C.'s Motion to Dismiss Plaintiff's Complaint filed as Notice of Motion and Motion to Dismiss Case |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is hereby STRICKEN. In addition to the deficiencies listed in the Notice [ECF No. 22], counsel failed to provide a Proposed Order. Counsel is DIRECTED to refile the motion correcting these deficiencies. Counsel shall refer to L.R. 6–1 and Judge Holcomb's Law and Motion Schedule, located on the Court's website under Judges' Procedures and Schedules, prior to refiling the motion. Counsel is also reminded to comply with L.R. 5–4.4.1 and L.R. 5–4.4.2.

Clerk, U.S. District Court

Dated: March 9, 2021

By: /s/ *Irene Vazquez*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112B (01/07)    **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

Case 5:20-cv-02537-JWH-SP   Document 23   Filed 03/09/21   Page 2 of 2   Page ID #:266

G–112B (01/07)    **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**