James K. Schultz, Esq. (SBN 309945)
Brittany L. Shaw, Esq. (SBN 331773)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:   619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
bshaw@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Defendant Patenaude & Felix, APC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSIA LINDSEY,<br><br>           Plaintiff,<br><br>   vs.<br><br>PATENAUDE & FELIX, A.P.C.,<br><br>           Defendant. | Case No. 5:20-CV-2537-JWH-SP<br><br>**NOTICE OF MOTION**<br>**PATENAUDE & FELIX, A.P.C.'S**<br>**MOTION TO DISMISS**<br>**PLAINTIFF'S COMPLAINT**<br><br>Date: April 9, 2021<br>Time: 9:00 a.m.<br>Courtroom: 2<br>Via Zoom Webinar<br>Judge John W. Holcomb |

NOTICE IS HERBY GIVEN that on April 9, 2021 at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 2, located at 3470 12th Street, Riverside, California defendant, Patenaude & Felix, A.P.C. ("Patenaude"),

by and through undersigned counsel, will appear and present its motion to dismiss plaintiff's complaint.

This motion is made following the conference of counsel pursuant to L. R. 7-3 including discussion between counsel on March 12, 2021.  During the conference, the parties were able to narrow some of the allegations in plaintiff's complaint, but were ultimately unable to agree on the remaining portions necessitating the filing of the motion.

WHEREFORE, defendant Patenaude & Felix, A.P.C. respectfully moves this Honorable Court to grant its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and dismiss plaintiff's complaint with prejudice, and for all further and additional relief that this Court deems equitable and just.

Dated:  March 12, 2021            SESSIONS, ISRAEL & SHARTLE, L.L.P.

*/s/ James K. Schultz*
James K. Schultz
Attorney for Defendant
Patenaude & Felix, A.P.C.