# EXHIBIT C

PLD-C-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS): TELEPHONE: 909-▮▮▮▮ | FOR COURT USE ONLY: |
|---|---|
| Aleksia Hepner<br>▮▮▮▮<br>Rancho Cucamonga, CA 91730<br><br>ATTORNEY FOR (NAME): | |

Insert name of court, judicial district or branch court, if any, and post office and street address:
Superior Court of California
San Bernardino District - Civil
247 West Third Street
San Bernardino, CA 92415-0210

PLAINTIFF:
National Collegiate Student Loan Trust

DEFENDANT:
Aleksia Lindsay formally Aleksia Hepner

| **ANSWER—Contract**<br>☐ TO COMPLAINT OF (name):<br>☐ TO CROSS-COMPLAINT (name): | CASE NUMBER:<br>CIVDS1931160 |
|---|---|

1. This pleading, including attachments and exhibits, consists of the following number of pages: __2__
2. DEFENDANT (name): Aleksia Lindsay formally Aleksia Hepner
   answers the complaint or cross-complaint as follows:
3. Check ONLY ONE of the next two boxes:
   a. ☐ Defendant generally denies each statement of the complaint or cross-complaint. *(Do not check this box if the verified complaint or cross-complaint demands more than $1,000.)*
   b. ☐ Defendant admits that all of the statements of the complaint or cross-complaint are true EXCEPT:
      (1) Defendant claims the following statements are false *(use paragraph numbers or explain)*:

      ☐ Continued on Attachment 3.b.(1).
      (2) Defendant has no information or belief that the following statements are true, so defendant denies them *(use paragraph numbers or explain)*:

      ☐ Continued on Attachment 3.b.(2).

*If this form is used to answer a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.*

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-010 [Rev. January 1, 2007]

**ANSWER—Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

**PLD-C-010**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  | CIVDS1931160 |

## ANSWER—Contract

4. ☐ AFFIRMATIVE DEFENSES Defendant alleges the following additional reasons that plaintiff is not entitled to recover anything:

☐ Continued on Attachment 4.

5. ☐ Other

6. DEFENDANT PRAYS
   a. that plaintiff take nothing.
   b. ☐ for costs of suit.
   c. ☑ other *(specify):*
   That the judge will move this case to Department S22 with Judge Bryan F Foster since I have another case CIVDS1931182 for a second loan with the same company being heard on the same date and time as this case. I am unable to be in two places at once and I cannot afford an attorney to help me with these matters. Also that the judge sees I am a family of 4 barely making ends meet. I have an 8 year old daughter with down syndrome whom I take care of full time. She is non verbal and requires a lot of assistance and appointments. I also have a 7 year old daughter with Aspergers who requires a lot of appointments. I am unable to pay anything beyond the cost of living.

Aleksia Lindsay
(Type or print name)

(Signature of party or attorney)

| Attorney or Party without Attorney (Name, Address and Telephone number) 909- ███ | For Court Use Only |
|---|---|
| Aleksia Hepner <br> ███ <br> Rancho Cucamonga, CA 91730 | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

| STREET ADDRESS | Superior Court of California |
| MAILING ADDRESS | County of San Bernardino |
| | San Bernardino District-Civil Division |
| CITY AND ZIP CODE | 247 West Third Street |
| BRANCH NAME | San Bernardino, CA 92415-0210 |

Title of Case (abbreviated)

| PROOF OF SERVICE BY MAIL | CASE NUMBER: CIVDS1931160 |
|---|---|

Hearing Date: 4·20·2020

Time: 8

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: _____

███  Rancho Cucamonga, CA 91730

I served a copy of the following documents (list documents): _____

Answer Contract

by placing a true copy of each document in the United States mail, in a sealed envelope with the postage fully prepaid, as follows:

a. Date of deposit: 01·16·2020
b. Place of deposit (city and state): Rancho Cucamonga, CA
c. Addressed as follows: Raymond A Patenaude 4545 Murphy Canyond Rd. San Diego, CA 92123

At the time of service I was at least 18 years of age and not a party to this cause.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 01·16·2020 , at (place) USPS Rancho Cucamonga, CA

Charles Lindsay
Type or Print Name

Signature

PROOF OF SERVICE BY MAIL

SB-37A,
Rev 04-2014 Mandatory

**PLD-C-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):   TELEPHONE: 909-▮▮▮▮ | FOR COURT USE ONLY: |
|---|---|
| Aleksia Hepner<br>▮▮▮▮▮▮▮▮▮▮▮<br>ancho Cucamonga, CA 91730<br><br>ATTORNEY FOR (NAME): | |

Insert name of court, judicial district or branch court, if any, and post office and street address:
Superior Court of California
San Bernardino District - Civil
247 West Third Street
San Bernardino, CA 92415-0210

PLAINTIFF:
National Collegiate Student Loan Trust

DEFENDANT:
Aleksia Lindsay formally Aleksia Hepner

| **ANSWER—Contract** | CASE NUMBER: |
|---|---|
| ☐ TO COMPLAINT OF (name):<br>☐ TO CROSS-COMPLAINT (name): | CIVDS1931182 |

1. This pleading, including attachments and exhibits, consists of the following number of pages: **2**
2. DEFENDANT (name): Aleksia ~~Hepner~~ Lindsay formally Aleksia Hepner
   answers the complaint or cross-complaint as follows:
3. Check ONLY ONE of the next two boxes:
   a. ☐ Defendant generally denies each statement of the complaint or cross-complaint. *(Do not check this box if the verified complaint or cross-complaint demands more than $1,000.)*
   b. ☐ Defendant admits that all of the statements of the complaint or cross-complaint are true EXCEPT:
      (1) Defendant claims the following statements are false *(use paragraph numbers or explain)*:

      ☐ Continued on Attachment 3.b.(1).
      (2) Defendant has no information or belief that the following statements are true, so defendant denies them *(use paragraph numbers or explain)*:

      ☐ Continued on Attachment 3.b.(2).

If this form is used to answer a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-010 [Rev. January 1, 2007]

**ANSWER—Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | CIVDS1931182 |

PLD-C-010

## ANSWER—Contract

4. ☐ **AFFIRMATIVE DEFENSES** Defendant alleges the following additional reasons that plaintiff is not entitled to recover anything:

☐ Continued on Attachment 4.

5. ☐ Other

6. **DEFENDANT PRAYS**
   a. that plaintiff take nothing.
   b. ☐ for costs of suit.
   c. ☑ other *(specify)*:
   That the judge will take into consideration the amount of money I make along with my family's size and special needs. I have an 8 year old daughter with Down Syndrome that is non verbal and has the mentality of a 4 - 5 year old on most aspects. I also have a 7 year old with Aspergers who struggles with social interactions. I am a full time caregiver for my 8 year old and my husband who is a Navy Veteran, barely makes $20 an hour at his job as a mechanic. We are currently renting two rooms from my family because we were left suddenly homeless a year and a half ago. The school falsely advertised that the credits were transferrable to any college and they did not help me find a job that started off at $50 an hour life they claimed. I do not have the means to afford an attorney for this case or to even go after the school.

Aleksia Lindsay
(Type or print name)                                   (Signature of party or attorney)

| Attorney or Party without Attorney (Name, Address and Telephone number) 909- | For Court Use Only |
|---|---|
| Aleksia Hepner <br> ▓▓▓▓ ▓▓▓▓▓▓▓ <br> Rancho Cucamonga, CA 91730 | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

| STREET ADDRESS | Superior Court of California |
|---|---|
| MAILING ADDRESS | County of San Bernardino |
| CITY AND ZIP CODE | San Bernardino District-Civil Division <br> 247 West Third Street |
| BRANCH NAME | San Bernardino, CA 92415-0210 |

Title of Case (abbreviated)

| PROOF OF SERVICE BY MAIL | CASE NUMBER: CIVDS1931182 |
|---|---|

Hearing Date: 04·20·2020

Time: 8

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: ▓▓▓▓▓▓▓▓▓▓▓▓ Rancho Cucamonga, CA 91730

I served a copy of the following documents (list documents):

Answer Contract

by placing a true copy of each document in the United States mail, in a sealed envelope with the postage fully prepaid, as follows:

a. Date of deposit: ~~04-10-2020~~ Jan. 16 2020
b. Place of deposit (city and state): Rancho Cucamonga, CA
c. Addressed as follows: Raymond A Patenaude 4545 Murphy Canyon Rd San Diego, CA 92123

At the time of service I was at least 18 years of age and not a party to this cause.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 01·16·2020, at (place) USPS Rancho Cucamonga, CA

Charles Lindsay
*Type or Print Name*

*Signature*