1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT
9         FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11  ALEKSIA LINDSEY,              | Case No. 5:20-CV-2537-JWH-SP
12         Plaintiff,
                                  | **[PROPOSED] ORDER ON
13       v.                       | PATENAUDE & FELIX, A.P.C.'S
                                  | MOTION TO DISMISS
14  PATENAUDE & FELIX, A.P.C.,    | PLAINTIFF'S COMPLAINT**
15         Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | It coming to be heard on Patenaude & Felix, A.P.C.'s motion to dismiss |
| 2 | plaintiff's complaint, and the Court being fully advised in the premises, it is |
| 3 | hereby ordered that plaintiff's complaint is dismissed with prejudice. |
| 4 | **IT IS SO ORDERED.** |
| 5 | |
| 6 | Dated:_____ |
| 7 | John W. Holcomb |
| | UNITED STATES DISTRICT JUDGE |