Scott C. Borison (CA Bar No. 289456)
1900 S. Norfolk St. Suite 350
San Mateo CA 94403
(301) 620-1016
Scott@borisonfirm.com

Monica Hartsock, SBN 270114
LAW OFFICE OF MONICA HARTSOCK
4562 Hastings Ct.
Chino, California 91710
Telephone: (909) 536-1773
Monica@Hartsocklawfirm.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEKSIA LINDSEY, on behalf of herself and those similarly situated, <br><br> Plaintif, <br><br> v. <br><br> PATENAUDE & FELIX, APC., on behalf of itself and those similarly situated, <br><br> Defendants. | Case No. 5:20-cv-2537 <br><br> **NOTICE OF PLAINTIFF'S MOTION TO MODIFY THE COURT'S ORDER (ECF. 41) OR ALTERNATIVELY AN ENLARGEMENT OF TIME TO FILE AN AMENDED COMPLAINT** <br><br> Date: October 22, 2021 <br> Hearing Time: 9:00 a.m. <br> Courtroom: 2 |

Plaintiff, hereby provides NOTICE to all Parties and Counsel that on October 22, 2021 at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 2, located at 3470 12th Street, Riverside, California, Plaintiff, Aleksia Lindsey, ("Lindsey") by and through her undersigned counsel moves to modify the Court's Order (ECF. 41).

The Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 16, 2021 and is filed prior to the Court's deadline in Order (ECF 41) requiring a response by September 21, 2021.

Plaintiff relies upon this notice, the memorandum of points and authorities filed herewith, and the pleadings of the case.

Dated: September 20, 2021

/s/ Scott C. Borison
Scott C. Borison (CA Bar No. 289456)
1900 S. Norfolk St. Suite 350
San Mateo CA 94403
(301) 620-1016
Scott@Borisonlaw.com


/s/ Monica Hartsock
Monica Hartsock, SBN 270114
LAW OFFICE OF MONICA HARTSOCK
4562 Hastings Ct.
Chino, California 91710
Telephone: (909) 536-1773
Monica@Hartsocklawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*